United States District Court
Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    RONALD LEE CANADA,                          Case No. 17-cv-00032-JST (PR)

             Plaintiff,
8
                                                 **ORDER OF TRANSFER**
9           v.

10   MACOMBER, et al.,

             Defendants.
11

12

13          Plaintiff has filed a pro se request for a temporary restraining order complaining of

14   conditions at California State Prison–Sacramento ("CSP-SAC").  CSP-SAC is located in

15   Sacramento County within the venue of the Eastern District of California.  See 28 U.S.C. § 84(b).

16   No defendant is alleged to reside in, and none of the events or omissions giving rise to the action

17   occurred in, the Northern District.  Venue therefore is proper in the Eastern District, and not in this

18   one.  See 28 U.S.C. § 1391(b).

19          Accordingly, in the interests of justice and pursuant to 28 U.S.C. § 1406(a), this action is

20   TRANSFERRED to the United States District Court for the Eastern District of California.  The

21   Clerk of the Court is directed to transfer the case forthwith.

22          **IT IS SO ORDERED.**

23   Dated: January 10, 2017

24

25   _____

26   JON S. TIGAR
     United States District Judge

27

28