UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE CANADA, | No. 2:17-cv-0066 DB P |
| Plaintiff, | |
| v. | ORDER |
| MACOMBER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis. Plaintiff appears to be seeking relief under 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of a magistrate judge. (ECF No. 7.)

Plaintiff initiated this action by filing a document in which he requested a temporary restraining order. (ECF No. 1.) In orders filed January 17, February 24, and May 16, 2017, plaintiff was informed that he must file a complaint if he wishes to proceed with this case. In the May 16 order, plaintiff was told he would have one final opportunity to file a complaint. Plaintiff was given thirty days to do so. Plaintiff was warned that if he failed to file a complaint, this case would be dismissed.

////

////

////

1

Thirty days have passed and plaintiff has not filed a complaint or otherwise responded to the court's May 16 order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: June 28, 2017

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/cana0066.final or

2